

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-128)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,601 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
X Dktd._____
___ CtRmDep.____
___ Doc. No._____

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1657

### SCHEDULE CTO-128 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3  07-6270 | George West v. Merck & Co., Inc., et al. | **08−853** |
| | | |
| **DISTRICT OF COLUMBIA** | | |
| DC 1  07-2270 | Legirtha Brown, et al. v. Merck & Co., Inc. | **08−854** |
| DC 1  07-2271 | Willie Mae Proby, et al. v. Merck & Co., Inc. | **08−855** |
| DC 1  07-2272 | Diana Lehmann, et al. v. Merck & Co., Inc. | **08−856** |
| DC 1  07-2274 | Mary Pennington, et al. v. Merck & Co., Inc. | **08−857** |
| DC 1  07-2275 | John King, et al. v. Merck & Co., Inc. | **08−858** |
| DC 1  07-2276 | Cheryl Cuthbert, et al. v. Merck & Co., Inc. | **08−859** |
| DC 1  07-2278 | Betty L. Simmons, et al. v. Merck & Co., Inc. | **08−860** |
| DC 1  07-2281 | Richard Matos, et al. v. Merck & Co., Inc. | **08−861** |
| DC 1  07-2282 | Denise E. Koenig, et al. v. Merck & Co., Inc. | **08−862** |
| DC 1  07-2283 | Shirley Truscott, et al. v. Merck & Co., Inc. | **08−863** |
| DC 1  07-2284 | Patricia Haynes, et al. v. Merck & Co., Inc. | **08−864** |
| DC 1  07-2285 | Joseph Slawinski, et al. v. Merck & Co., Inc. | **08−865** |
| DC 1  07-2286 | Gloria Hendricks, et al. v. Merck & Co., Inc. | **08−866** |
| DC 1  07-2287 | Tina Koenigsfeld, et al. v. Merck & Co., Inc. | **08−867** |
| DC 1  07-2288 | Sherri Lynn Miller, et al. v. Merck & Co., Inc. | **08−868** |
| DC 1  07-2290 | Joyce C. Vidmar, et al. v. Merck & Co., Inc. | **08−869** |
| DC 1  07-2291 | Kevin L. Miller, et al. v. Merck & Co., Inc. | **08−870** |
| DC 1  07-2292 | Azariah Asante, et al. v. Merck & Co., Inc. | **08−871** |
| DC 1  07-2294 | Willese Demps, et al. v. Merck & Co., Inc. | **08−872** |
| | | |
| **FLORIDA MIDDLE** | | |
| FLM 2  07-847 | Helen Siegel v. Merck & Co., Inc. | **08−873** |
| FLM 2  07-848 | Michael U. McDermott v. Merck & Co., Inc. | **08−874** |
| | | |
| **FLORIDA SOUTHERN** | | |
| FLS 0  07-61921 | Lerene Campbell v. Merck & Co., Inc. | **08−875** |
| | | |
| **MARYLAND** | | |
| MD 1  07-3354 | Jimmy Lockhart, etc. v. Merck & Co., Inc. | **08−876** |
| MD 1  07-3369 | Pearly Christie, et al. v. Merck & Co., Inc. | **08−877** |

**MDL No. 1657 - Schedule CTO-128 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 07-319 | Shirley Heard, et al. v. Merck & Co., Inc. | 08-878 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 07-362 | Cassie Graham, et al. v. Merck & Co., Inc. | 08-879 |
| MSS 2 07-363 | Louis Nelson, et al. v. Merck & Co., Inc. | 08-880 |
| MSS 2 07-364 | Doris Easterling, et al. v. Merck & Co., Inc. | 08-881 |
| MSS 3 07-725 | Janet Avant, et al. v. Merck & Co., Inc., et al. | 08-882 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-480 | Barbara F. Lawrence v. Merck & Co., Inc. | 08-883 |
| **NEW YORK WESTERN** | | |
| NYW 6 07-6612 | Tracy G. Civitillo, etc. v. Merck & Co., Inc., et al. | 08-884 |

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-128)

John Amato, IV
GOODMAN MEAGHER & ENOCH
111 North Charles Street
7th Floor
Baltimore, MD 21201

John H. Anderson
713 Arledge Street
Hattiesburg, MS 39401-6077

Bill B. Berke
BERKE & LUBELL PA
1003 Del Prado Blvd.
Suite 300
Cape Coral, FL 33990

Turner W. Branch
BRANCH LAW FIRM
1424 K Street, NW
6th Floor
Washington, DC 20005

Anthony G. Brazil
MORRIS POLICH & PURDY LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Robert J. Burford
BURFORD & LEWIS PLLC
411 W. Chapel Hill Street
Suite 1106
Durham, NC 27701

Luke Dove, Jr.
DOVE & CHILL
4266 I-55 North
Suite 108
Jackson, MS 39211

Joshua C. Ezrin
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Bruce F. Gilpatrick
HEIDELL PITTONI MURPHY & BACH LLP
99 Park Avenue
New York, NY 10016

Vilia B. Hayes
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Alyson B. Jones
BUTLER SNOW O'MARA STEVENS &
CANNADA PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Norman C. Kleinberg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

Shane F. Langston
LANGSTON & LANGSTON PLLC
201 North President Street
Jackson, MS 39201

Katherine Leong
WILLIAMS & CONNOLLY
725 12th Street, NW
Washington, DC 20005

Stephen D. Martin
NELSON MULLINS RILEY &
SCARBOROUGH LLP
GlenLake One
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

John Brian T. Murray, Jr.
SQUIRE SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Scott Poisson
BERNSTEIN & MARYANOFF
15055 SW 122nd Avenue
Miami, FL 33186

Alison B. Riddell
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Paul F. Strain
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Theresa M. Walsh
BROWN & CHIARI LLP
5775 Broadway
Lancaster, NY 14086

Paul A. Weykamp
LAW OFFICES OF PAUL A WEYKAMP
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN
546 Carondelet Street
New Orleans, LA 70130-3588

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1657

## INVOLVED JUDGES LIST (CTO-128)

Hon. Jeffrey S. White
U.S. District Judge
17-6618 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. John D. Bates
U.S. District Judge
4114 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Hon. Rosemary M. Collyer
U.S. District Judge
2428 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Paul L. Friedman
U.S. District Judge
6012 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Henry H. Kennedy, Jr.
U.S. District Judge
6903 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Royce C. Lamberth
U.S. District Judge
2010 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Richard J. Leon
U.S. District Judge
4335 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Richard W. Roberts
U.S. District Judge
4327 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. James Robertson
U.S. District Judge
4903 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Emmet G. Sullivan
U.S. District Judge
4935 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2902

Hon. Ricardo M. Urbina
U.S. District Judge
6006 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Marcia Morales Howard
U.S. District Judge
U.S. Courthouse & Federal Building
2110 First Street, 5th Floor
Fort Myers, FL 33901

**MDL No. 1657 - Involved Judges List (CTO-128) (Continued)**

Hon. John E. Steele
U.S. District Judge
U.S. Courthouse & Federal Building
Suite 6-109
2110 First Street
Ft. Myers, FL 33901

Hon. Alan S. Gold
U.S. District Judge
1017 Federal Courthouse Square
301 N. Miami Avenue
Miami, FL 33128

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building &
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. William D. Quarles, Jr.
United States District Judge
3A Edward A. Garmatz Federal Building &
    U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Sharion Aycock
U.S. District Judge
United States District Court
218 T.G. Abernathy Federal Building
301 West Commerce Street
Aberdeen, MS 39730

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
James O. Eastland U.S. Courthouse, Suite 109
245 East Capitol Street
Jackson, MS 39201-2409

Hon. James C. Dever, III
U.S. District Judge
U.S. District Court
624 Terry Sanford Federal Bldg.
310 New Bern Avenue
Raleigh, NC 27601-1418

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**                    MDL No. 1657

## INVOLVED CLERKS LIST (CTO-128)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse &
Federal Building
2110 First Street
Fort Myers, FL 33901

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building &
  U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Rodney C. Early, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

February 5, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:  MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-128)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 18, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Attachments

cc:    Transferee Judge:    Judge Eldon E. Fallon
       Transferor Judges:   (See Attached List of Judges)
       Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A